**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gerald Edward Tomaszewski** | Social Security number or ITIN  **xxx–xx–7594** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter  **7   3/14/16** |
| Case number:   **16–08752** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gerald Edward Tomaszewski | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6891 N. Tonty Avenue<br>Chicago, IL 60646 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul M Bach<br>Sulaiman Law Group, Ltd.<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523 | Contact phone (630)575–8181<br>Email: ecfbach@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Allan J DeMars<br>Spiegel & DeMars<br>19 S. LaSalle St.<br>Suite 902<br>Chicago, IL 60603 | Contact phone 312 726–3377<br>Email: alland1023@aol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                         page 1

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 3/15/16 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 13, 2016 at 03:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/13/16** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                  Case No. 16-08752-TAB
Gerald Edward Tomaszewski                                               Chapter 7
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: ldixon                 Page 1 of 2                  Date Rcvd: Mar 15, 2016
                              Form ID: 309A                Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2016.
db            +Gerald Edward Tomaszewski,    6891 N. Tonty Avenue,    Chicago, IL 60646-1339
tr            +Allan J DeMars,    Spiegel & DeMars,   19 S. LaSalle St.,    Suite 902,    Chicago, IL 60603-1426
24317882      +A/r Concepts,   18-3 E Dundee Rd,    Barrington, IL 60010-5275
24317885      +Citibank,   Citicorp Credit/Centralized Bankruptcy,    Po Box 790040,
                Saint Louis, MO 63179-0040
24317886      +City of Chicago,    Department of Finance,   33589 Treasury Center,    Chicago, IL 60694-3500
24317888      +Comcast Cable,    PO Box 3001,   Southeastern, PA 19398-3001
24317891      +Cook County Clerk,    118 N. Clark Street,   Room 434,    Chicago, IL 60602-1413
24317890      +Cook County Clerk,    69 W. Washington, Suite 500,    Chicago, IL 60602-3030
24317892      +Cook County Treasure,    PO Box 4488,   Carol Stream, IL 60197-4488
24317893      +Cook County Treasurer,    PO Box 4488,   Carol Stream, IL 60197-4488
24317897       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
24317898      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
24317899      +Gartner Law Offices, Inc,    Scott J. Gartner,   401 North Michigan, 12th Floor,
                Chicago, IL 60611-4264
24317900      +Harris & Harris,    111 W Jackson Blvd,   Suite 400,    Chicago, IL 60604-4135
24317901      +Harris & Harris, Ltd.,    111 West Jackson Boulevard, Suite 400,    Chicago, IL 60604-4135
24317903      +Kenosha County Clerk,    1010 56th St,   Kenosha, WI 53140-3765
24317904      +Kenosha County Treasurer,    1010 56th Street,   Kenosha, WI 53140-3765
24317905      +Kluever & Pratt LLC,    65 E. Wacker Place, #2300,    Chicago, IL 60601-7244
24317906      +Linebarger Gogga Blair & Sampson, LLP,    900 Arion Parkway, Suite 104,
                San Antonio, TX 78216-2872
24317908      +Medical Recovery Spec,    2250 E. Devon Ave, Suite 352,    Des Plaines, IL 60018-4519
24317909      +Medical Recovery Specialists, Inc.,    2250 E. Devon Avenue, Suite 352,
                Des Plaines, IL 60018-4519
24317910      +NorthShore University,    Billing Department,   23056 Network Place,    Chicago, IL 60673-1230
24317912      +Peoples Gas,   200 E Randolph St,    20th Floor,   Chicago, IL 60601-6431
24317914      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
24317915      +Select Portfolio Servicing, Inc,    Po Box 65250,   Salt Lake City, UT 84165-0250
24317916      +Sentry Credit, Inc.,    PO Box 12070,   Everett, WA 98206-2070
24317917      +Shapiro Kreisman Associates,    2121 Waukegan #301,    Deerfield, IL 60015-1831
24317918      +Sheila E Tomaszewski,    6891 N. Tonty Avenue,   Chicago, IL 60646-1339
24317919      +Sprint Solutions, Inc and Space,    2001 Edumund Halley Drive,    Reston, VA 20191-3436
24317920      +State Collection Service,    Po Box 6250,   Madison, WI 53716-0250
24317921      +State of Illinois: Department of Revenue,    PO Box 19006,    Springfield, IL 62794-9006
24317922      +Statebridge Company,    4600 South Syracuse Street,    Denver, CO 80237-2750
24317923      +Trans Union LLC,    P.O. Box 2000,   Chester, PA 19022-2000
24317924       Village of Morton Grove,    Photo Enforcement Program,    Cincinnati, OH 45274-2503
24317925      +Village of Skokie,    5127 Oakton Street,   Skokie, IL 60077-3600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ecfbach@gmail.com Mar 16 2016 01:18:22      Paul M Bach,    Sulaiman Law Group, Ltd.,
                900 Jorie Boulevard,   Suite 150,   Oak Brook, IL   60523
24317883      +EDI: BANKAMER.COM Mar 16 2016 01:13:00      Bank Of America,    Nc4-105-03-14,   Po Box 26012,
                Greensboro, NC 27420-6012
24317884      +EDI: CHASE.COM Mar 16 2016 01:13:00      Chase Card Services,    Attn: Correspondence Dept,
                Po Box 15298,   Wilmington, DE 19850-5298
24317889      +E-mail/Text: legalcollections@comed.com Mar 16 2016 01:19:19       ComEd,   PO Box 6111,
                Carol Stream, IL 60197-6111
24317895      +E-mail/Text: electronicbkydocs@nelnet.net Mar 16 2016 01:18:51       Dept Of Ed/Nelnet,
                Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
24317896      +EDI: DISCOVER.COM Mar 16 2016 01:13:00      Discover Financial,    Attn: Bankruptcy,
                Po Box 3025,   New Albany, OH 43054-3025
24317902       EDI: IRS.COM Mar 16 2016 01:13:00      IRS Department of Treasury,    ACS Support - Stop 5050,
                PO Box 219236,   Kansas City, MO 64121
24317907      +E-mail/Text: bknotices@mbandw.com Mar 16 2016 01:19:03       McCarthy, Burgess & Wolff,
                26000 Cannon Road,   Bedford, OH 44146-1807
24317911       +Fax: 407-737-5634 Mar 16 2016 01:57:30      Ocwen Loan Sevicing Llc,    Attn: Research Dept,
                1661 Worthington Rd  Ste 100,   West Palm Beach, FL 33409-6493
24317913       EDI: PRA.COM Mar 16 2016 01:13:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                Norfolk, VA 23541
24317926      +E-mail/Text: Bankruptcy-Notifications@we-energies.com Mar 16 2016 01:18:29       WI Electric,
                Wi Energies,   Po Box 2046 Rm A130,   Milwaukee, WI 53201-2046
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24317894       Daniel Bond
24317887     ##+City of Chicago Department of Finance,    33 N. LaSalle,   Suite 700,    Chicago, IL 60602-3421
                                                                                             TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: ldixon              Page 2 of 2             Date Rcvd: Mar 15, 2016
                              Form ID: 309A             Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2016 at the address(es) listed below:
              Allan J DeMars     alland1023@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Debtor 1 Gerald Edward Tomaszewski ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexp
               ress.info
                                                                                               TOTAL: 3