**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF:<br><br>Gerald Edward Tomaszewski<br><br>Debtor(s) | Chapter 7 No. 16-08752<br><br>Judge Timothy A. Barnes<br><br>Hearing Date: 08/16/2016 |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

| To: | | | |
|---|---|---|---|
| | Gerald Edward Tomaszewski<br>6891 N. Tonty Avenue<br>Chicago, IL 60646 | Allan J DeMars<br>Spiegel & DeMars<br>19 S. LaSalle St., Suite 902<br>Chicago, IL 60603 | Gerald Edward Tomaszewski<br>PRO SE |

PLEASE TAKE NOTICE that on August 16, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes in Room 744, Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present the attached motion, at which time and place you may appear if you wish.

/s/Ross Brand
Ross Brand

**PROOF OF SERVICE**

I, the undersigned, an attorney, certify that I served the Debtor(s) by regular mail at the address above, and Gerald Edward Tomaszewski and Allan J DeMars through the Court ECF system on or before August 4, 2016.

/s/Ross Brand
Ross Brand

Ross Brand, Counsel for Movant
Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6769

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**NOTICE REQUIRED BY THE FAIR DEBT COLLECTION PRACTICES ACT, (the "Act"), 15 U.S.C. § 1601**

WE UNDERSTAND THAT Gerald Edward Tomaszewski (THE "DEBTOR(S)") ARE/IS UNDER THE PROTECTION OF THE BANKRUPTCY CODE. THIS NOTICE IS NOT A REQUEST FOR PAYMENT AND IS SENT SOLELY FOR INFORMATIONAL PURPOSES.

1. Kluever & Platt, LLC (the "Firm") is a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Gerald Edward Tomaszewski
c/o Gerald Edward Tomaszewski
PRO SE

2. The creditor is the Movant of the attached pleading. The creditor as named in the attached Motion for Relief from Stay is the creditor to whom the debt is owed.

3. The amount of the debt is stated in paragraph 7 of the attached Motion for Relief from Stay. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown in Paragraph 7 to your mortgage servicer, an adjustment may be necessary after they receive your check. If you are represented by counsel and need further information, please have your attorney contact our office. If, on the other hand, you are not represented by counsel and require further information, please contact our office.

4. The debt described in the Motion for Relief and evidenced by the copy of the mortgage and note will be assumed to be valid by the Firm, unless the debtor(s), within thirty days of the receipt of this notice, dispute(s) the validity of the debt, or some portion thereof.

5. If the debtor(s) notify the Firm in writing (at the address below in paragraph 8) within thirty days of receipt of this notice that the debt or any portion thereof is disputed, the Firm will obtain verification of the debt and a copy of the verification will be mailed to the debtor(s) by our Firm.

6. If the creditor named in the attached Motion for Relief from Stay is not the original creditor, and if the debtor(s) make(s) a written request to the Firm within thirty days of receipt of this notice, the Firm will mail the name and address of the original creditor to the debtor(s).

7. The above described rights pertains to your dealings with the Firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must object to the motion. The notice of the motion/other pleading is a command from the court, not from the Firm, and you must follow its instructions even if you dispute the validity or amount of the debt. The advice in this notice does not affect the Firm's relations with the court and we may file papers in the case according to the court's rules and the judge's instructions.

8. Written requests should be addressed to Kluever & Platt, LLC, 65 E. Wacker Place, Ste. 2300, Chicago, IL 60601. Telephone 312-201-6769.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 7 No. 16-08752 |
| Gerald Edward Tomaszewski | Judge Timothy A. Barnes |
| Debtor(s) | |

**<u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**

U.S. Bank National Association, as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2, ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 6964 North Tahoma Avenue, Chicago, IL 60646 (the "Property"). In further support of this Motion, Movant respectfully states:

1. Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on 3/14/2016.

2. The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note in the original principal amount of $412,500.00 (the "Note"). A copy of the Note is attached hereto.

3. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage and assignments, if any, are attached hereto.

4. U.S. Bank National Association, as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 is an entity who has the right to foreclose the Mortgage.

5. Select Portfolio Servicing, Inc. services the loan on the Property referenced in this Motion.

6. As of 08/03/2016, the outstanding amount of the Obligations is: $650,029.99.

7. The following amounts are past due amounts owed by Debtor(s) pursuant to the terms of the Note:

| **Number of Missed/Delinquent Payments** | **From** | **To** | **Monthly Payment Amount** | **Total Amounts Delinquent** |
|---|---|---|---|---|
| 74 | 07/01/2010 | 08/01/2016 | $3,482.25 | $257,686.50 |

Total: $257,686.50

8. The estimated market value of the Property is $300,000.00. The basis for such valuation is Debtor(s) schedule D.

9. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $650,029.99.

10. Cause exists for relief from the automatic stay for the following reasons:

(a) Pursuant to 11 U.S.C. § 362(d)(1), Movant's interest in the Property is not adequately protected.

(b) There is no equity in the Property available for distribution from the bankruptcy estate over and above that exempted by law.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For such other relief as the Court deems proper.

U.S. Bank National Association, as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2,

/s/ Ross Brand

Date 08/04/2016

Ross Brand
Counsel for Movant
Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6769