B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gerald Edward Tomaszewski**                                    Case No.  **16-08752**
Debtor(s)                                                              Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                          $    **10,000.00**
   Prior to the filing of this statement I have received                $    **10,000.00**
   Balance Due                                                          $         **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor       ■ Other (specify):     **Sheila Tomaszewski**

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   c. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 19, 2016**
Date

**E. Philip Groben 6299914**
*Signature of Attorney*
**Dale & Gensburg, P.C.**
**200 W. Adams St., Ste. 2425**
**Chicago, IL 60606**
**(312) 263-2200   Fax: (312) 263-2242**
*Name of law firm*

---

# DALE & GENSBURG, P.C.
### ATTORNEYS AT LAW

200 WEST ADAMS STREET - SUITE 2425
CHICAGO, ILLINOIS 60606

TELEPHONE (312) 263-2200
FAX (312) 263-2242
WWW.DANDGPC.COM

ANTHONY CALANDRIELLO
RICHARD M. DALE
LANE M. GENSBURG
MATTHEW T. GENSBURG
E. PHILIP GROBEN
MICHAEL W. GUTTING
GARY A. KANTER
ANNE J. KIM
SANDRA D. MERTENS
LEHN G. SHEPHERD

OF COUNSEL
GISELLE PIRARO

MCHENRY COUNTY OFFICE
2525 HARDING LANE, SUITE D
WOODSTOCK, ILLINOIS 60098
(815) 893-9288

Writer's Direct Email:
pgroben@dandgpc.com

August 11, 2016

VIA EMAIL TO tomaszewski@aol.com
(Original to Follow by Mail)

PRIVILEGED & CONFIDENTIAL
Gerald Tomaszewski
Sheila Tomaszewski
6891 N. Tonty Ave.
Chicago, IL 60646

Re: **Engagement by Gerald and Sheila Tomaszewski ("Clients") of the Law Firm of Dale & Gensburg, P.C. ("Law Firm") as attorneys in relation to the bankruptcy proceeding *In re Tomaszewski*, Case No. 13-08752 and matters associated thereto (the "Matter").**

Dear Gerald and Sheila:

This letter will confirm that the law firm of Dale & Gensburg, P.C. (the "Law Firm") has been engaged to render legal services in representing the Clients, in connection with your representation before the Bankruptcy court for the Northern District of Illinois in the case styled *In re Tomaszewski*, Case No. 13-08752 (the "Bankruptcy Case"), along with adversary proceedings and contested matters associated with the Bankruptcy Case. It is understood and agreed that the Law Firm's representation of the Clients is limited solely to the aforementioned Matter. It is agreed that the Law Firm will act as the Clients' counsel in representing the Clients with regard to the above-described matter in accordance with the following terms:

1. Based on the nature of the representation, we have requested a retainer fee of $10,000.00 (the "Retainer Fee"). The Retainer Fee will be paid in two installments of $5,000.00. The first installment of $5,000.00 is due upon execution of this Agreement and the second $5,000.00 installment is due 30 days thereafter. The Retainer Fee will be applied against Clients' initial invoices and is deemed earned upon receipt. In the event the amount of the retainer exceeds our time spent on the Matter, we will refund to the Clients the unused portion of the Retainer Fee. Based on the nature of the Matter, the amount of fees involved may exceed the retainer.

2. We will bill you on an hourly basis. The time billed will include, among other activities, phone calls, faxes and e-mails, as communication with our clients and third parties is a vital

Mr. Gerald Tomaszewski
Ms. Sheila Tomaszewski
August 11, 2016
Page -2-

component of our representation. Our hourly rates presently range from $450 to $250. My hourly rate on this Matter will be set at a rate of $275.00.

3. The Clients also agrees to be billed for expenses and disbursements incurred in connection with the above matter which the Law Firm considers necessary in representing the Clients, including, court filing fees, expert witness fees, court reporters, postal charges, and other out-of-pocket costs.

4. We will issue monthly invoices to you that will cover fees and expenses concerning services rendered to you and ask that our invoices be paid within 15 days of receipt of same. Any objection to a billing entry amount should be raised within 30 days of the invoice date. Thereafter, it shall be presumed that the bill is acceptable in all respects.

5. You agree to cooperate with and assist us in a reasonable manner, and to provide true and accurate information and documents as we may require. You also agree to keep us apprised of developments relating to the Matter that come to your attention, and to make yourself reasonably available to meet in person and/or speak telephonically as the need arises. You understand that any information provided by you that is determined to be false, incomplete, or misrepresented in any respect, will be sufficient cause for the Firm to end its representation.

6. The Clients agree to cooperate with and assist the Law Firm in a reasonable manner, and to provide information and documents as required, and that all information provided by the Clients will be true and accurate to the best of the Clients' knowledge.

7. It is further agreed that the Law Firm has made no promises to the Clients regarding the outcome of the above Matter, except that the Law Firm shall render its best possible professional skill on the Clients' behalf.

8. The Clients have the right to discharge the Law Firm for any reason at any time upon giving the Law Firm reasonable notice. The Law Firm has the right to withdraw from representing the Clients upon giving the Clients reasonable notice to enable the Client to secure other counsel in circumstances including:
   a. If available evidence discloses that Clients' claims lack factual or legal merit;
   b. If meaningful recoveries appear unobtainable;
   c. If Clients fail to cooperate in the preparation and presentation of its claims or otherwise breaches this agreement; or
   d. If, for professional or ethical reasons, the Law Firm does not believe it can proceed with its representation of the Clients.
   e. Failure to timely pay the Retainer Fee or subsequent monthly invoices.

9. If the Law Firm withdraws from representing the Clients, the Clients agrees to take all steps necessary to complete the Law Firm's withdrawal, including the execution of any documents (including forms for substitution of counsel). Clients also agrees that the Law Firm will be entitled

Mr. Gerald Tomaszewski
Ms. Sheila Tomaszewski
August 11, 2016
Page -3-

to payment or reimbursement for all fees, expenses and disbursements paid or incurred on Clients' behalf up to the date of withdrawal or discharge.

*Conflicts of Interest*. Representation of multiple parties in a matter can result in a potential or actual conflict of interest should the interest of one party become averse to another party. Moreover, when representing multiple parties, including a husband and wife, rather than acting as a zealous advocate of one party, we must balance the interests of all parties. Consequently, both of you are free and encouraged to engage separate counsel. This letter shall confirm that at the present time, you do not wish to do so. If a conflict should arise that is not, or cannot, be waived, you have been advised and understand that we may be required to, and shall have the option at our sole discretion, cease our representation of one or both of you. This letter shall confirm that you consent to our joint representation concerning the Matter and to acknowledge and waive the potential conflict of interest created by such joint representation.

In the event that this agreement represents the Clients' understanding of our relationship, please acknowledge the Clients' acceptance by signing this letter and then returning it to us along with the requested retainer. Please also keep a copy for your records. Executed emails and faxes hereof shall be treated as if, and binding as if, executed originals.

If you should have any questions, comments or concerns, please do not hesitate to call. Thank you, as always, for the opportunity to assist.

Very truly yours,

DALE & GENSBURG, P.C.

By: _____
E. Philip Groben

EPG/

ENGAGEMENT TERMS UNDERSTOOD AND ACCEPTED:

_____     8/22/16
Gerald Tomaszewski                DATE

_____     8-22-16
Sheila Tomaszewski                DATE

P:\RETAINER LETTERS\TOMASZEWSKI, GERRY AND SHEILA.DOC

B 203
(12/94)

# United States Bankruptcy Court

Northern District Of Illinois

In re Gerald Tomaszewski

Case No. 16-08752

Debtor

Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................. $ 5,000.00

   Prior to the filing of this statement I have received .......................... $ 5,000.00

   Balance Due ................................................................ $ 0.00

2. The source of the compensation paid to me was:

   ☐ Debtor        ☒ Other (specify)   Paid for in Cash from Mrs. Tomaszewski.

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed]

```
Representation of the debtor concerning potential and disputed
criminal liability issues.
```

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

```
No representation of the debtor in any of the matters listed in Section
5(a)-(d) above or in any other aspect of his bankruptcy.
```

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

6/20/16
Date

Signature of Attorney

Law Office of James A. Shapiro
Name of law firm